H. PETER EVANS
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253


Attorney for Plaintiff


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Thomas Becker**

        **Plaintiff,**

    **vs.**                           **Civil No. 06-cv-811-KI**


**Commissioner of Social Security**

        **Defendant.**                    **ORDER GRANTING AWARD
OF EAJA FEES**

        Pursuant to Stipulation, and good cause appearing therefore,

        IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of **$4.14**, costs in the amount of **$3.70**, and

attorney's fees in the amount of **$3948.43** for total in the amount of **$3956.27**, pursuant to EAJA,

28 U.S.C. § 2412 and 28 U.S.C. § 1920.  Payment should be made to plaintiff's attorney

      Done this **23** day of ____*March*____, 2007.

                    Judge

**Page 1 - ORDER GRANTING AWARD OF EAJA FEES**